06-b-58 (JMF)

July 13, 2006

VIA OVERNIGHT MAIL

Appeal Brief

Filed by Don Muller
Crim. No. P-0546982

In the case of
*United States v. Max Obuszewski, et al*
Crim. No. P-0571336

**FILED**

JUL 1 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Your Honor:

My appeal consists of two parts:
1. A copy (enclosed) of the statement I read to Magistrate Judge John Facciola at my trial on December 21, 2005;
2. The appeal briefs filed by Max Obuszewski and Lynn Robinson for this case, which I *adopt by reference*

My position has not changed from that described in my enclosed statement. All charges against me and my co-defendants should be dropped. It has become abundantly clear—even more so—since our arrests on September 26, 2005, that the war and the Bush administration are bankrupting our nation--morally, economically, culturally--and that we defendants were right to protest. The administration shows no signs of correcting their egregious errors, and continues on a course of international imperialism that is unparalleled in history.

As the Indian Nobel-Prize winner Rabindranath Tagore said in 1916, "…you who live under the delusion that you are free, are everyday sacrificing your freedom and humanity to this fetish of nationalism, living in the dense poisonous atmosphere of world-wide suspicion and greed and panic." We protesters are critical for the future of this nation if we wish to be a true democracy and an example for other people around the world.

Thank you for your consideration.

Don Muller
Don Muller

PRE-SENTENCING STATEMENT BEFORE JUDGE FACCIOLA on 12/21/05

My name is Don Muller, defendant pro se. Thank you very much for letting me address you with this sentencing statement. In these remarks I am speaking in my own behalf, and not on behalf of others.

I live in Sitka, Alaska. I have been a bookseller there for nearly 30 years. My wife and I and two other couples opened Old Harbor Books in 1976. I have been involved in environmental and peace and justice issues for all that time. I protested against the first war against Iraq. I have protested continuously against the second war against Iraq since it became clear that the second Bush intended to invade.

I am standing before you for an act of civil disobedience which I carried out last September. My act of nonviolent civil disobedience was a protest against the immoral and criminal war—the slaughter—that the Bush Regime is waging against Iraq. George Bush should be standing before you now—he should be on trial. Not me or my co-defendants.

I am not sorry for what I did. I am extremely proud of what I and my fellow patriots in this courtroom did that day. I will do it again. We went to the White House sidewalk and presented our petition. We were not heard. We were ignored. I am only sorry that I have not done it more often. As Gandhi has said: "…when a government becomes lawless in an organized manner, civil disobedience becomes a sacred duty and is the only remedy open, specially to those who had no hand in the making of the government or its laws." If I have to choose between Gandhi and others like him--Martin Luther King and Thoreau--or Bush and others like him--Cheney and Rumsfeld--as examples to base my life on, as standards to strive for, I will always choose Gandhi and King and Thoreau. My act of civil disobedience—a tiny one, a small one, nothing compared to Gandhi or King--was the strongest nonviolent expression I could make against the war. My act of civil disobedience was—in addition to being a political statement—the strongest personal statement I could make against the war.

Your honor, I must inform you before sentencing that I will not agree to pay any fine you impose. And I will not agree to perform any community service. Both sentences trivialize the issue. I reject fines and community service as defined by the court, and I request jail time. I think my act of civil disobedience and my other protests against the war constitute the very highest forms of community service.

Your honor, I was raised as a Lutheran. I am not a Christian today, but I know that Jesus would not do what George Bush is doing to innocent people around the world. I believe that George Bush is not a Christian. I believe that he is a war criminal. I have to say that his actions indicate he is evil. In spite of his dim-wittedness, in spite of the fact that he can't speak in complete sentences, in spite of his lying day after day after day, he appears capable of carrying on evil actions as a matter of routine. And he has surrounded himself with people that happily carry out these actions. Under George Bush, America—always a country that uses terrorism as well as any country—has become the #1 terrorist nation in the world. America is the richest, most powerful terrorist nation the world has ever seen. And George Bush and his cabal call this democracy.

They carry out their democracy in my name. However, my hands are now blood-drenched from the acts of my so-called democratic government. I must draw the line.

Thank you for your consideration of my sentencing statement.

Don Muller
submitted w/ appeal brief 7/13/06