| Notice of Appeal Criminal | CO-290 |
|---|---|
| | Rev. 3/88 |

## United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
vs. ) MJ 58
Don Muller ) ~~Criminal~~ No. 0006 (JMF/TFH)
)
)

### NOTICE OF APPEAL

Name and address of appellant: Don G. Muller

**FILED**
JAN 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Name and address of appellant's attorney:

I am representing myself

Offense: Demonstrating Without a Permit

Concise statement of judgment or order, giving date, and any sentence:

Demonstrating without a permit in violation of 36 C.F.R. §7.96(g).

Name and institution where now confined, if not on bail:

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

1/18/07                    Don G. Muller
DATE                       APPELLANT

_____
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE ☐
CJA, NO FEE ☐
PAID USDC FEE ☐
PAID USCA FEE ☐

Enclosed: Money order for $25.00

| | YES | NO |
|---|---|---|
| Does counsel wish to appear on appeal? | ☐ | ☒ |
| Has counsel ordered transcripts? | ☐ | ☒ |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | ☐ | ☐ ? |

$25 pd / $430 outstanding w/ $Def not via phone?