# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-3017**                       **September Term 2007**

~~06mj00006-58~~

**Filed On:** April 8, 2008    06-MJ-006

United States of America,

    Appellee

v.

Don Muller, *Remand*

    Appellant

**FILED**
APR 1 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**BEFORE:** Henderson, Rogers, and Kavanaugh, Circuit Judges

### ORDER

Upon consideration of the order to show cause filed October 15, 2007, the response thereto, and the motion to dismiss, it is

**ORDERED** that the order to show cause be discharged.  It is

**FURTHER ORDERED**, on the court's own motion, that the record be remanded to the district court.  Because appellant, who is pro se, filed his notice of appeal outside the ten-day period under Fed. R. App. P. 4(b)(1)(A), but within the 30-day extension period under Fed. R. App. P. 4(b)(4), the record is remanded to the district court for a determination whether the appeal period should be extended under Rule 4(b)(4).  See United States v. Long, 905 F.2d 1572, 1575 (D.C. Cir. 1990); see also United States v. Espinosa-Talamantes, 319 F.3d 1245, 1246-47 (10th Cir. 2003).

Upon making the finding under Fed. R. App. P. 4(b)(4), the district court shall promptly notify the court of appeals.

**Per Curiam**